IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00136-PAB-KLM

LOTHAR KRACHEN,

    Plaintiff,

v.

RICHARD PRICE,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's unopposed **Motion to Amend Complaint and Jury Demand** [#8] (the "Motion"). Plaintiff seeks to amend the Complaint as a matter of course pursuant to Fed. R. Civ. P. 15(a)(1).

    IT IS HEREBY **ORDERED** that the Motion [#8] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Clerk of Court shall accept Plaintiff's Amended Complaint [#8-2] for filing as of the date of this Minute Order.

    Dated: February 11, 2014